IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:14-CR-0098 |
| | § | |
| DERICK DAMON REDMON, | § | |
| | § | |
| Defendant. | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 13, 2017 to determine whether Defendant violated his supervised release. Defendant was represented by Robert Arrambide. The Government was represented by Kenneth McGurk.

Derick Damon Redmon was sentenced on March 17, 2015, before The Honorable Amos L. Mazzant of the Eastern District of Texas after pleading guilty to the offense of Felon in Possession of a Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 12 and a criminal history category of VI, was 30 to 37 months. Derick Damon Redmon was subsequently sentenced to 36 months imprisonment followed by 3 years supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, mental health treatment, substance abuse treatment and testing, obtain GED, and a $100 special assessment fee.

On January 4, 2017, Derick Damon Redmon completed his period of imprisonment and began service of the supervision term.

On May 19, 2017, the U.S. Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 31 Sealed]. The Petition asserted that Defendant violated four (4) conditions of supervision, as follows: (1) Defendant shall not illegally possess a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation office; and (4) Defendant shall pay a $100 special assessment.

The Petition alleges that Defendant committed the following acts: (1) On January 23, 2017, Defendant submitted a urine specimen, which tested positive for methamphetamine. Defendant admitted to using methamphetamine; (2) On January 27, 2017, Defendant submitted a urine specimen, which tested positive for methamphetamine. The specimen was confirmed positive for methamphetamine by Alere Toxicology Services, Inc. On March 31, 2017, Defendant submitted a urine specimen, which tested positive for methamphetamine. Defendant admitted to using methamphetamine. On April 26, 2017, Defendant submitted a urine specimen, which tested positive for methamphetamine. The specimen was confirmed positive for methamphetamine by Alere Toxicology Services, Inc.; (3) On April 11, 19, 21, 24, and 26, Defendant failed to submit to random drug testing as directed. On April 21, 2017, Defendant failed to attend a scheduled counseling session; and (4) Defendant has not paid the special assessment as instructed.

Prior to the Government putting on its case, Defendant entered a plea of true to all four (4) of the allegations of the Petition. Having considered the Petition and the plea of true to allegations one (1), two (2), three (3), and four (4), the Court finds that Defendant did violate his conditions of supervised release. Defendant waived his right to allocate before the District Judge and his right to object to the report and recommendation of this Court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons North Texas area facility, if appropriate.

**SIGNED this 13th day of July, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE